# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

DONNELL TAYLOR,

**SUMMONS IN A CIVIL CASE**

V.

CITY OF NEW YORK, AND JOHN AND JANE DOES 1-10

CASE NUMBER:

JUDGE BATTS

07 CV 4129

TO: (Name and address of defendant)

City of New York
100 Church Street
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 820
Brooklyn, New York 11201

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    MAY 29 2007

CLERK                                                    DATE

*Melanie L. Lopez* (signature)

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6-13-07 |
| NAME OF SERVER (PRINT) Anderson Chan | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served upon Garry Jean-Gilles, legal clerk to defendant

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/12/07
          Date

Signature of Server
Anderson Chan - Lic.#1220482
315 Broadway NY, NY 10007
Address of Server

MICHAEL MOHAMO

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.