

MEMO ENDORSED

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DAVID M. POLLACK<br>Assistant Corporation Counsel<br>E-mail: dpollack@law.nyc.gov<br>Phone: (212) 788-1894<br>Fax: (212) 788-9776 |

MEMO ENDORSED

July 2, 2007

**BY HAND DELIVERY**
The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  Donnell Taylor v. City of New York, et al., 07 CV 04129 (DAB)

Dear Judge Batts:

        I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York. I am writing with respect to the above-referenced matter in which plaintiff alleges that he was falsely arrested, subjected to excessive force and maliciously prosecuted by Defendant. Defendant City respectfully requests an extension of time to answer or otherwise respond to this complaint from July 2, 2007 to August 31, 2007. Plaintiff's counsel Brett H. Klein, Esq. has consented to this request.

*[granted /DAB/]*

        There are several reasons for seeking an enlargement of time in this matter. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need time to investigate the allegations of the complaint. Furthermore, it is our understanding that the records of the underlying criminal action, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50. Therefore, this office is in the process of forwarding to plaintiff for execution a consent and authorization for the release of sealed arrest and criminal prosecution records so that defendant City can access the information, properly assess the case, and respond to this complaint.

MEMO ENDORSED

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

July 5, 2007

No previous request for an extension has been made by defendant. Accordingly, we respectfully request that defendant City's time to answer or otherwise respond to the complaint be extended to August 31, 2007.

Thank you for your consideration herein.

Respectfully submitted,

David M. Pollack (DP3873)
Assistant Corporation Counsel

cc: Brett H. Klein, Esq. (by fax)
45 Main Street, Suite 820
Brooklyn, NY 11201
(718) 722-4100