AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

Donnell Taylor

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07CV04129(DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York by:
David M. Pollack, Assistant Corporation Counsel
Special Federal Litigation Division,
New York City Department of Law
100 Church Street, Rm. 3-140
New York, NY 10007
(212) 788-1894

I certify that I am admitted to practice in this court.

July 10, 2007
Date

Signature

David M. Pollack, ACC | DP/3873
Print Name | Bar Number

100 Church Street, Room 3-140
Address

New York, New York   10007
City | State | Zip Code

(212) 788-1894 | (212) 788-9776
Phone Number | Fax Number