United States District Court
Southern District of New York
------------------------------------X

DONNELL TAYLOR

                 Plaintiff,

       -against-

CITY OF NEW YORK, JOHN AND
JANE DOE ##1-10, individually and in
their official capacities,

               Defendants.
------------------------------------X

07 Civ. 4129 (DAB)
ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/07

DEBORAH A. BATTS, United States District Judge.

      The Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.  Within ten days of the date of this Order, Plaintiff shall in writing inform the Court of what efforts he is making to identify Defendants John and Jane Doe ##1-10, individually and in their official capacities.

SO ORDERED.

Dated:    New York, New York
          August 27, 2007

                         Deborah A. Batts
               United States District Judge