MEMO ENDORSED

# LEVENTHAL & KLEIN, LLP
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 820
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 222-2889

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ALISON E. GUGEL

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301
(718) 556-9600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/07

September 6, 2007

MEMO ENDORSED

**BY HAND**

The Honorable Deborah A. Batts
United States District Judge
500 Pearl Street, Room 2510
New York, New York 10007

RECEIVED
SEP 7 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re:   *Donnell Taylor v. City of New York et al.*,
      07 CV 4129 (DAB)

Your Honor:

I represent the plaintiff in the above-referenced civil rights action. This letter is written in response to the Court's Order dated August 27, 2007, directing the plaintiff to inform the Court of what efforts he is making to identify Defendants John Doe and Jane Doe ##1-10, individually and in their official capacities.

On September 4, 2007, defense counsel provided the names of plaintiff's arresting officer and a sergeant involved in the incident. Based on this information, plaintiff is prepared to amend the complaint to add these NYPD employees. In that regard, we have obtained Mr. Pollack's consent to the proposed amended pleading.[1]

GRANTED
DAB

Accordingly, plaintiff is prepared to amend the complaint immediately. With respect to the scheduling of a conference pursuant to Rule 16, the parties will be prepared to proceed upon notification of a date that is convenient for and deemed appropriate by the Court.

Thank you for your consideration.

Respectfully submitted,

Brett H. Klein (BK4744)

**SO ORDERED**
Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
9/7/07

[1] It is our understanding that there were several NYPD officers at the scene of the incident. However, we will be unable to ascertain their identities without the assistance of defense counsel and/or discovery. We mention this because it is conceivable to plaintiff that a second amended pleading may be necessary if plaintiff were to amend now with the two names that have been provided to date.

MEMO ENDORSED                                          MEMO ENDORSED

WWW.LEVKLEIN.COM