```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Oct 2, 2007
```

United States District Court
Southern District of New York
------------------------------------X
DONNELL TAYLOR

                Plaintiff,

     -against-                    07 Civ. 4129 (DAB)
                                      ORDER

CITY OF NEW YORK, ENGELS DELACRUZ,
ALEXANDER ALVAREZ, and JOHN AND
JANE DOE ##1-10, individually and
in their official capacities,

                Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     The Court is in receipt of Plaintiff's letter of September 6, 2007, and Plaintiff's Amended Complaint filed with the Court on September 14, 2007 adding Defendants Engels Delacruz and Alexander Alvarez. As stated in the Court's Order of August 27, 2007, the Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.

     Within ten days of the date of this Order, Plaintiff shall either file another Amended Complaint removing all remaining John and Jane Does, or inform the Court in writing why removing the remaining Defendants John and Jane Doe ##1-10 is impracticable at this time and what efforts he is making to identify them. No Rule 16 shall be scheduled until this is resolved.

SO ORDERED.

Dated:    New York, New York
          October 2, 2007

                                                              Deborah A. Batts
                                                 United States District Judge