**LEVENTHAL & KLEIN, LLP**
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 820
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 222-2889

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ALISON E. GUGEL

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301
(718) 556-9600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/07

MEMO ENDORSED   October 11, 2007

RECEIVED
OCT 12 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

**BY FEDEX**

The Honorable Deborah A. Batts
United States District Judge
500 Pearl Street, Room 2510
New York, New York 10007

Re:   *Donnell Taylor v. City of New York et al.*, 07 CV 4129 (DAB)

Your Honor:

    I represent the plaintiff in the above-referenced civil rights action. We are in receipt of the Court's Order dated October 2, 2007, and respectfully submit this explanation as to why removing the remaining Defendants John and Jane Doe ##1-10 is impracticable at this time, and what efforts plaintiff is making to identify them.

    While we did in fact amend the complaint to add two individual NYPD officers who were involved in the incident, it is our understanding from our client, and based on our review of photographs of the incident, that there were several NYPD officers involved in the incident, including at least one female officer who has not yet been identified. We cannot ascertain their identities without the assistance of the Corporation Counsel's office. In that regard, we have forwarded the photos to Mr. Pollack, and have asked Mr. Pollack to investigate and provide us with the names and service addresses of all NYPD employees who were involved in the incident. Mr. Pollack acknowledged that it was his understanding that there was a female and other male officers who were present during the incident, and has assured me that he will provide the identifying information as soon as it is known to him.

    Based on the foregoing, we respectfully submit that it would be impracticable for plaintiff to remove the John and Jane Doe defendants from the caption at this time, and request that the Court schedule a Rule 16 conference pending the City's completion of its investigation, or such other relief as the Court deems appropriate under the circumstances.

denied
DAB
10/19/07

**SO ORDERED**

MEMO ENDORSED

*Deborah A. Batts* 10/19/07
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

WWW.LEVKLEIN.COM