UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNELL TAYLOR,

                              Plaintiff,

    -against-

CITY OF NEW YORK, ET AL.,

                              Defendants.
------------------------------------------------------------X

**STIPULATION**

07 CV 4129 (DAB)

      It is hereby stipulated and agreed by and between the undersigned attorneys for the respective parties herein that Plaintiff may file the annexed Second Amended Complaint on consent.

Dated: February 11, 2008

| | |
|---|---|
| LEVENTHAL & KLEIN, LLP<br>Attorneys for Plaintiff<br>45 Main Street, Suite 230<br>Brooklyn, New York 11201<br>(718) 722-4100<br><br>By: _/s/ Brett H. Klein_<br>      BRETT H. KLEIN | MICHAEL A. CARDOZO<br>Attorneys for Defendants<br>100 Church Street<br>New York, New York 10007<br>(212) 788-1894<br><br>By: _____<br>      DAVID M. POLLACK |

SO ORDERED:

_/s/ Deborah A. Batts_
U.S.D.J. 2/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNELL TAYLOR,

        Plaintiff,

 -against-

CITY OF NEW YORK, ET AL.,

        Defendants.
------------------------------------------------------------X

STIPULATION

07 CV 4129 (DAB)

  It is hereby stipulated and agreed by and between the undersigned attorneys for the respective parties herein that Plaintiff may file the annexed Second Amended Complaint on consent.

Dated: February 11, 2008

LEVENTHAL & KLEIN, LLP
Attorneys for Plaintiff
45 Main Street, Suite 230
Brooklyn, New York 11201
(718) 722-4100

By: _____
   BRETT H. KLEIN

MICHAEL A. CARDOZO
Attorneys for Defendants
100 Church Street
New York, New York 10007
(212) 788-1894

By: _____
   DAVID M. POLLACK

2/2