%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Donnell Taylor

V.

CITY OF NEW YORK, ENGELS DELACRUZ, ALEXANDER ALVAREZ, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 4129 (DAB)

TO: (Name and address of Defendant)

Marilyn Trapanotto (Shield No. 21480)
c/o NYPD Highway 1
Unionport Road & Bronx River Parkway
Bronx, NY 10462

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

MAR 1 2 2008

DATE

(By) DEPUTY CLERK

☙AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE March 25, 2008 at 10:53AM | |
| NAME OF SERVER (PRINT) Luis Agostini | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o NYPD Highway 1 Unionport Road & Bronx River Pkwy Bronx NY 10462

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Sgt. O'Sullivan #5567, co-worker of the defendant. M, W, Blo/Balding, 45, 6'1, 190

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 27, 2008
Signature of Server: Luis Agostini - 1027732
Address of Server: 365 Ford Street Bronx NY 10457

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.