%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Donnell Taylor

V.

CITY OF NEW YORK, ENGELS DELACRUZ, ALEXANDER ALVAREZ, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 CV 4129 (DAB)

TO: (Name and address of Defendant)

Sergeant Deborah McDermott (Shield No. 2734)
c/o NYPD 32nd Precinct
250 West 135th Street
New York, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          MAR 1 2 2008

CLERK                                                                          DATE

(By) DEPUTY CLERK

⋐AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE March 26, 2008 at 11:25 AM |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) Michael Harris | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o NYPD 32nd Precinct 250 West 135th Street NY, NY 10030

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Lt. Cabanilla, co-worker of the defendant. M, W, Blk/Gr, 45, 5'7, 170

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 27, 2008
Date

Signature of Server   Michael Harris - 1077447

21 West 140th Street New York, NY 10030
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.