USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 11, 2008

United States District Court
Southern District of New York
---------------------------------------X
DONNELL TAYLOR

                    Plaintiff,

        -against-                          07 Civ. 4129 (DAB)
                                                ORDER
CITY OF NEW YORK, et al.,

                    Defendants.
---------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court's Records indicate that the Second Amended

Complaint in this Action was filed on March 12, 2008. However,

as of the date of this Order, Defendant Thomas Cozart has not yet

been served. Accordingly, Plaintiff is hereby ORDERED TO SHOW

CAUSE why his Second Amended Complaint against Defendant Cozart

should not be dismissed for failure to prosecute. See Lyell

Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982)

(holding that a district court's authority to dismiss an action

for plaintiff's failure to prosecute "cannot seriously be

doubted"). If Plaintiff fails by August 11, 2008 to show cause,

Plaintiffs' Complaint against Defendant Cozart shall be dismissed

for failure to prosecute. Plaintiffs' showing of good cause, if

any, shall be made by affidavit.

SO ORDERED.
Dated:    New York, New York
          July 11, 2008

                              Deborah A. Batts
                              United States District Judge